# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 25-50973
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

CHRISTOPHER BRANDT,

*Plaintiff—Appellant*,

*versus*

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-1352

———————————————————————

Before DAVIS, WILSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:*

After his discharge from the Department of Homeland Security, Immigration and Customs Enforcement, Plaintiff-Appellant Christopher Brandt sued pro se and sought pauper status. That request was referred to a

—————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50973

magistrate judge in accordance with the district court's Standing Order.[1] After granting Brandt pauper status, the magistrate judge screened his complaint and recommended dismissal for failure to state a claim upon which relief can be granted.[2] The report and recommendation (R&R) advises Brandt of his right to object to the R&R within 14 days per 28 U.S.C. § 636(b)(1) and federal Rule 72(b).[3] Ten days later, Brandt filed a "Notice of Appeal and Objection to Magistrate Judge's Order" (Notice). The Notice contains specific objections to the R&R and urges the district judge to let Brandt prosecute his case.

Brandt's Notice was construed as a notice of appeal to this court. But based on the substance of the filing, we conclude the Notice is better understood to be objections to the R&R for the district judge to decide. We therefore DISMISS the appeal and REMAND the case to the district court with instructions to construe Brandt's Notice as objections to the R&R. We express no opinion on the merits.

---

[1] *See Standing Order Regarding In Forma Pauperis Case Management* (W.D. Tex. Oct. 8, 2019).

[2] A district court "shall dismiss" an in forma pauperis complaint if the suit is "frivolous or malicious;" "fails to state a claim on which relief may be granted;" or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)–(iii).

[3] *See* FED. R. CIV. P. 72(b).